MARION LEHMAN, Respondent, v. GREAT EASTERN CASUALTY AND INDEMNITY COMPANY OF NEW YORK, Appellant.

*Lehman* v. *G. E. Cas. & Ind. Co.,* 7 App. Div. 424, affirmed.
(Argued January 24, 1899; decided February 28, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the fourth judicial department, entered in June, 1896, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*S. W. Rosendale* and *William Strauss* for appellant.

*Moses W. Shire* and *Edward L. Jellinck* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.

———

THE MILLER BREWING COMPANY, Respondent, v. THE CITY OF ROCHESTER, Appellant.

*Miller Brewing Co.* v. *City of Rochester,* 8 App. Div. 621, affirmed.
(Argued January 24, 1899; decided February 28, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 6, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John F. Kinney* for appellant.

*James Breck Perkins* for respondent.

Judgment affirmed, with costs ; no opinion. All concur.